

**Before the United States District Court**

**For The District of Montana**

201 E. Broadway

Missoula, MT 59802

(406) 542-7260 Main

Chris Walters,                                                      )

      **Plaintiff Pro Se**                                   )

                                            )

Vs.                                                                            )

                                            )

**The Honorable US Senator Patrick Leahy**                )

**The Honorable US Senator Carl Levin,**                     )

**The Honorable US Congressman John Conyers**       )

        **Respondents, Defendants**

### AMICUS CURIAE BRIEF QUESTION CONSTITUTIONALITY
### OF SEVERAL ACTS OF CONGRESS-

Now comes the plaintiff pro se Chris Walters before the honorable United States District Court of Montana in tis Amicus Curiae brief to wit:

**JURISDICTIONAL STATEMENT TITLE 28 USC 1331 Federal Question**
**& Title 18 USC Chapter 115 Treason, Sedition, and Insurrection**

The Court is asked to establish jurisdiction where numerous ongoing request and demands to challenge the Rule of Law have created questions as to the constitutionality of several US Statutes which is actionable pursuant to Title 28 USC 1331 <u>Federal Question</u> and the Court and Defendants are further asked to consider that ongoing attempts by 3rd parties to empower laws and statutes which directly challenge the US Government are actionable under Title 18 USC 115 <u>Treason, Sedition, and Insurrection</u>....

Since 1997 questions relating to  42 USC Chapter 7 <u>Social Security Act</u> have been adjudicated and the 3 US Circuit Courts of Appeals (Exhibit A) have closed further questions; discussions, interpleaders, and other legal processes until the Social Security Commissioner exercises his rights pursuant to Title 42 USC 405(g)(H) <u>Judicial Review</u>.

**First Question On Constitutionality of Title 42 USC Chapter 7 Social Security Act**
**&s Pursuant Title 42 USC 405(g)H) <u>Judicial Review</u>**

1.    **The Court and Defendants and asked to consider whether ongoing 3rd challenges the requirements of Title 42 USC 405(g)(H) Judicial Review   have drawn into violated the US Supreme Court's requirements that citizens are entitled to the equal protection of the law as cited;**

1. Fundamental request of due process is opportunity to be heard at a meaningful time and in meaningful manner. Matthews v. Eldridge VA 1976 96 S. Ct 893, 424 US 319. 47 L.Ed.2d.18

2. The absolute fundamentals of due process of law; are jurisdiction, adequate notice, and a fair hearing US v Certain Parcels of Land in Price George County Md. D.C. Md 1941, 40 F Supp. 436

3. Fair Play is the essence of due process Galveston vs. Press Ca1954,74S Ct 737,347 U.S. 522.98 Led.911.

Since 2007 Chris Walters has acquired $81,000 in legal fees and costs in responding to legal challenges from 3rd parties after the USDC of New Mexico ruled the case closed and well pleaded as cited:

    http://ichoosetoserve.net/ssi/index.html

    http://ichoosetoserve.net/ssi/zzcontract/index11.htm

    http://ichooseotserve.net/ssi/zzcontract/index15.htm

    http://ichoosetoserve.net/ssi/zzcontract/index2.htm

    http://ichoosetoserve.net/ssi/zzcontract/index25.htm

    http://ichoosetoserve.net/ssi/zzzassistedliving/index.html

    http://ichoosetoserve.net/ssi/zzzasssistedliving/index4.htm



**Second Question of Kill On Sight Authorizations Where Attempt to Use Social Security or Medicaid Programs to Facilitate Assassinations Of Program Clients**

The Defendants and the Court are asked to consider the merits of Kill on Sight Authorization under color of the National Defense Authorization Act of 2012 to address attempted Assassination of federal recipients or aiding and abetting terrorist or challenge the Commissioners right to initiate a review:

    http://ichoosetoserve.net/ssi/zzcontract/index10.htm

    http://ichoosetoserve.net/ssi/zzcontract/index14.htm

    http://ichoosetoserve.net//ssi/zzcontract/index20.htm

    http://ichoosetoserve.net/ssi/zzcontract/index22a.htm

    http://ichoosetoserve/net/ssi/zzzassistedliving/index.html

    http://ichoosetoserve/net/ssi/zzzassistedliving/index2.htm

**Third Question Constitutionality of Non Profit Statutes Per US Supreme Court Constitutional Law**
**On Citizens Right to Reside Where They Choose**

1.  The United States Supreme Court has enacted Constitutional Law on the <u>Right of Citizens to Interstate Travel</u> comprised by 100 some odd rulings including such precedents as <u>US V Guest</u> (383 U.S. 745 (more) 86 S. Ct. 1170; 16 L. Ed. 2d 239) and <u>Williams V Fears 179 U.S. 270 (1900)</u>
2.  The gist of the Supreme Court Law is that citizens have a well established right to engaged in interstate travel and live where they so wish. Generally it is beyond the power of the federal, state, or city governments to restrict these rights.

We have a large number of nonprofit agencies abusing their status as charities to prevent citizens from residing where they so desire as cited generally to deny persons medical treatment:

1.  <u>http://ichoosetoserve.net/ssi/zzunhchr/herbertf5.htm</u> Specifications 1-28

2   <u>http://ichoosetoserve.net/ssi/zzunhchr/herbertf5a.htm</u> Specifications 29-45

3   <u>http://ichoosetoserve.net/ssi/zzunhchr/herbertf5b.htm</u> Specifications 46-70

4   <u>http://ichoosetoserve.net/ssi/zzunhchr/herbertf5c.htm</u> Specifications 71-84

**Fourth Question of Constitutionality of Title 42 USC Chapter 7 Social Security Act**
**Supreme Court Constitutional Law On Citizens Right to Choose Medical Treatment & Doctors**

1. <u>US Supreme Court Ruling Theresa Schiavo-Schindler, et al. v. Michael Schiavo, et al.</u> protects the rights of patients to choose their medical treatment over the objection of medical or government officials. <u>Online documents</u>

2. <u>International Covenant Economic, Social and Cultural Rights</u>: Article 9 The States Parties to the present Covenant recognize the right of everyone to social security, including social insurance. <u>Article 12</u> The States Parties to the present Covenant recognize the right of everyone to the enjoyment of the highest attainable standard of physical and mental health... d) The creation of conditions which would assure to all medical service and medical attention in the event of sickness.

1. <u>http://ichoosetoserve.net/ssi/zzunhchr/herbertf3.htm</u> Specifications #1-16

2. <u>http://ichoosetoserve.net/ssi/zzunhchr/herbertf3a.htm</u> Specifications #17-32

3. <u>http://ichoosetoserve.net/ssi/zzunhchr/herbertf3b.htm</u> Specification #32-42

4. <u>http://ichoosetoserve.net/ssi/zzunhchr/herbertf3c.htm</u> Specification #43-44



**Fifth Question for Imposition of Penalties For Sedition, Insurrection and Treason**

Recommended for Summary Execution or lesser sanctions:

1. **Attempt to write or empower federal statutes not authorized by US Congress:**
   http://ichoosetoserve/net/ssi/zzcontract/index21.htm

2. **Use of law enforcement asset to pilfer counsels papers:**
   http://ichoosetoserve.net/hssecurity/spywareact/index16.htm

3. **9 Millimeter Impeachment-unlawful practice before Committees of Congress or challenging the exclusive right of the US Congress to write and empower federal statutes:**

   http://ichoosetoserve.net/107thcongress/service/service.htm

### Review and Discussion of Exhibit B, D& E  On Merits Of Motion for Summary Judgment On Constitutionality of Acts of Congress

In 1997 the Honorable US District Court Judge Fred Biery issued his Find and Order in the USDC WDT in <u>Walters v Miller and Crownover</u> CA: SA-97-CA-1313 at the request of the Social Security Commissioner that Chris Walters can interact with the Social Security 6 times as provided by statute as cited:

| | | | | | |
|---|---|---|---|---|---|
| 1. | Application for Social Security | 2. | Reconsideration | 3. | **Administrative Law Judge** |
| 4. | Appeals Counsel. | 5. | Commissioners Final Determination | 6. | **USDC Review** |

The Commissioner of Social Security Michael Asture made an admission of fact and law that Chris Walters was disabled when the question was at bar in <u>Walters V Asture</u> USDC, NM Case #: 1:07-cv-00257-JCH-RLP the Honorable Judge Judith Herrera Presiding.  Subsequent attempts by the Social Security Administrations own staff to over rule the Commissioner and Order of the Court were Quashed by the Honorable Judge Robert Scott C080380 USDC NM.  Both Courts ruled the Cause well pleaded and closed from further review except as provided by Title 42 USC 405(g)(H) <u>Judicial Review</u>.

Since the question so flaw were created in 1997 Chris Walters has been able to document and catalogue about 300 separate prosecutable violation of Title 18 CRIMES which have been successfully removed to the several Committees of Congress as cited:

http://ichoosetoserve.net/ssi/zzcontract/index26.htm

Exhibit E: The letter from US Circuit Court of Appeals Nov 1, 2012 which reviewed this question in 2009 expressed on problem with imposition of timely and appropriate sanctions on additional challenges to the Rule of Law. The Honorable United States District Court and Defendants are asked to consider that the construction and administration of Title 42 USC Chapter 7 <u>Social Security Act</u> is so weak and poorly constructed that it should be declared void and unconstitutional and replaced by the Honorable members of the US Congress with some thing which remain within the bounds authorized by the Rule of Law.

Respectfully Submitted By Chris Walters
Counsel of Record                         11-7-2012
PO Box 7644
Missoula, MT 59807
(406-728-1809)

## EXHIBIT A CITATION OF AUTHORITY ORDERS OF SEVERAL
## US CIRCUIT COURT OF APPEALS



**ORDER Litigation Ended**
US Circuit Court of Appeals
For The Fifth Circuit
Case 99-50174 Walters v Miller
600 Camp Street
New Orleans, LA 70130
(504-310-7700

**ORDER Litigation With Prejudice**
US Circuit Court of Appeals
10th Circuit
Byron White U.S. Courthouse
DC 08 2094 Walters V Astrue
1823 Stout Street
Denver, CO 80257
303-844-3157

**ORDER Ending Litigation With Prejudice**
Chief Judge Sentelle, Tatel, Garland
Walters V asture 1:09-cv-00956-UNA
District of Columbia
333 Constitution Ave, NW
Washington, D.C. 20001

**Exhibit B Citation of Authority & Audit of Operational Audits 1997-2012**
**Review of Possible Federal Crimes and Operational Impediments**



**Operational Audits 1997-2004**
**Press On Image to Enlarge**
**Finishing Reports**



**Operational Audits 2005-2012**



**The Honorable Chief Judge Loretta A. Preska**
Before The US District Court,
Southern District of New York
500 Pearl Street,
New York, New York 10007-1312
212-805-0136



**Chris Walters**
**Plaintiff Pro Se**
vs.

**Laura Dupuy Lasserre, President**
**Of UN Human Rights Council**          Civil 1:12-cv-04897-UA
**Mr. Luis Ocampo. International Prosecutor**
**International Court of Justice**
**Respondents**



### NOTICE PLAINTIFF SURVIVES MINOR ASSASSINATION
### ATTEMPT SORRY FOR DELAY OF PROCEEDING

NOW COMES THE PLAINTIFF PRO Se Chris Walters to the Honorable United States District Court for the Southern District of New York to thank the Court for permission to proceed INP in good faith to wit:

1.   Updated Exhibit C file D:/ssi/zzzassistedliving/index.html shows Chris Walters moved to Greensboro, NC and provided Guilford County with SSI Awards letter and was subsequently denied a Medicaid card as required by law with apparent expectation that denial of medical treatment would cause death or incapacity.

2.   Chris Walters suffers from chronic blood clots and was able to make an emergency move into Pennsylvania and be hospitalized and treated at Pinnacle Health Care.

3.   Chris Walters is currently moving to new address in Washington State and hopes to provide updated address and updated Amicus Curiea materials to other parties.

Respectfully Submitted By Chris Walters, Plaintiff pro Se
305 W Lee Street
Greensboro, NC 27406          *Chris Walters* Aug 1. 2012
Chrissaidthanks2003@yahoo.com

# OFFICE OF THE CIRCUIT EXECUTIVE
## UNITED STATES COURTS OF THE
## DISTRICT OF COLUMBIA CIRCUIT

Elizabeth H. Paret
202.216.7340 Phone
202.273.0331 Fax

E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 1, 2012

Chris Walters
P.O. Box 7644
Missoula, MT 59807

Dear Mr. Walters:

The enclosed correspondence was received in this office on October 9, 2012. While the outer envelope is addressed to this court, it appears the materials inside the envelope were intended for another court. Therefore, I am returning the correspondence so that your may take appropriate action.

Sincerely,

Steven Gallagher
Deputy Circuit Executive